UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE BUILDING TRADE
EDUCATIONAL BENEFIT FUND, THE
BUILDING TRADES ANNUITY BENEFIT
FUND, BUILDING TRADES WELFARE
BENEFIT FUND and the ELECTRICIAN'S
RETIREMENT FUND,

**ORDER ADOPTING**
**REPORT & RECOMMENDATION**

          Plaintiffs,

23-CV-5610 (RER) (AYS)

   -against-

PREFERRED ELECTRIC II, INC. and
LEONARD BARBARZO, INDIVIDUALLY,

          Defendants.
-----------------------------------------------------------------X

**RAMÓN E. REYES, JR., District Judge:**

In a report and recommendation dated August 28, 2025, (ECF No. 28 ("R&R")), Magistrate Judge Anne Y. Shields recommended that the Court grant plaintiff's motion for default judgment. (*Id.*) Judge Shields advised the parties that they had 14 days from the date of that R&R in which to file objections. (*Id.*) The R&R was served via U.S.P.S. First Class Mail on August 28, 2025, on individual defendants and the pro se corporate defendant at its business mailing address. (ECF. No. 29). To date, no party has filed an objection to the R&R, and the time to do so has passed. Fed. R. Civ. P. 72(b)(2).

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is

ORDERED that the R&R is adopted in its entirety. The Clerk of Court is directed to enter judgment in favor of plaintiffs and to close this case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: September 22, 2025
      Brooklyn, New York